**McELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
88 Pine Street - 24th Floor
New York, New York 10005
Tel: (212) 483-9490
Fax: (212) 483-9129
Attorneys for Defendant,
TRBC Ministries, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAVOY SENIOR HOUSING CORPORATION </br></br> and </br></br> SAVOY LIBERTY VILLAGE, LLC </br></br></br></br> Plaintiffs, </br></br> v. </br></br> TRBC MINISTRIES, LLC </br></br> Defendant. | Civil Action </br> File No.: 8874/2008 </br></br></br></br></br></br></br></br></br></br> **NOTICE OF MOTION** |

TO:   David C. Wrobel, Esq.
      Wrobel & Schatz, LLP
      1040 Avenue of the Americas
      11th Floor
      New York, NY 10018
      Attorneys for Plaintiffs,
      Savoy Senior Housing Corporation and
      Savoy Liberty Village, LLC

**PLEASE TAKE NOTICE** that at a date and time to be determined by the Court, the undersigned attorneys for Defendant, TRBC Ministries, LLC ("TRBC") shall appear before the Honorable Colleen McMahon, U.S.D.J. at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order dismissing the Complaint of Plaintiffs, Savoy Senior Housing Corporation and Savoy Liberty Village, LLC

("Plaintiffs"), in this matter for lack of jurisdiction, or, in the alternative, to transfer this matter to the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion to dismiss or transfer, TRBC shall rely upon the Legal Memorandum, and Certification of Counsel submitted herewith, together with all pleadings and proceedings to date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to FED. R. CIV. P. 78, oral argument is requested if opposition to the within motion is filed by or on behalf of Plaintiffs.

        MCELROY, DEUTSCH, MULVANEY
        & CARPENTER, LLP
        Attorneys for Defendant,
        TRBC Ministries, LLC

By:   /s/ Scott S. Flynn
       Scott S. Flynn (SF 7469)
       John P. Leonard (pro hac vice application pending)
       MCELROY, DEUTSCH, MULVANEY
       & CARPENTER, LLP
       88 Pine Street – 24th Floor
       New York, New York 10005
       Telephone: (212) 483-9490
       Facsimile: (212) 483-9129

       W. Scott Street, III, Esquire (pro hac vice application pending)
       A. Peter Brodell, Esquire (pro hac vice application pending)
       Samuel T. Towell, Esquire (pro hac vice application pending)
       WILLIAMS MULLEN
       1021 East Cary Street – 17th Floor
       P.O. Box 1320
       Richmond, Virginia 23218-1320
       (804) 643-1991

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David C. Wrobel
WROBEL & SCHATZ LLP
1040 Avenue of the Americas
New York, NY 10018
(212) 421-8100

/s/ Scott S. Flynn
Scott S. Flynn, Esq. (SF7469)